Kevin McDAVIS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99765.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 11, 2014.

Lisa Stroup, St. Louis, MO, for appellant.

Mary Moore, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and PHILIP M. HESS, J.

*ORDER*

PER CURIAM.

Defendant Kevin McDavis filed a motion for post-conviction relief pursuant to Missouri Supreme Court Rule 24.035 alleging ineffective assistance of counsel. The motion court denied McDavis's motion without an evidentiary hearing. We affirm the motion court's denial.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

STATE of Missouri, Appellant,

v.

Germaine MOREHOUSE, Respondent.

No. ED 100630.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 2014.

Matthew Martin, St. Louis, MO, for appellant.

Roxana A. Mason, St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, and GLENN A. NORTON, JJ.

*ORDER*

PER CURIAM.

This is an interlocutory appeal by the State from an order of the trial court suppressing evidence seized from Germaine Morehouse during the stop that led to his arrest.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).